FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>JEFFREY JON FRANKLIN,<br><br>　　　　　Defendant. | No.　2:18-CR-0220-WFN-1<br><br>PROTECTIVE ORDER |

　　　Before the Court is the Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband signed by Alison L. Gregoire, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, JEFFREY JON FRANKLIN's attorney, Jeffry K. Finer.  ECF No. 20. The parties have stipulated to review procedures for child pornography contraband.  The Court enters this Stipulation and **further Orders**:

　　　1.　The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed December 20, 2018, **ECF No. 20**, is **GRANTED**.

　　　2.　The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order.  The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility.  Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

　　　3.　The Government's Motion to Expedite, filed December 20, 2018, **ECF No. 21**, is **GRANTED**.  The underlying motion was considered on an expedited basis.

　　　The District Court Executive is directed to file this Order and provide copies to counsel.

PROTECTIVE ORDER - 1

**DATED** this 21st day of December, 2018.

12-20-18

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE