UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY JON FRANKLIN,<br><br>Defendant. | No. 2:18-CR-00220-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS AND MOTION TO EXPEDITE<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 28, 29)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 28,** and Motion to Expedite, **ECF No. 29**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request provided Defendant does not access the inter-net and returns directly home on days he is authorized to work late.

Specifically, Defendant requests permission to access the intra-net for work purposes and be allowed to extend his curfew on the occasions his employer asks him to work late. The Court understands the term *intra*-net to mean a privately created and controlled computer network operated by and confined to the United States Postal Service which employs Defendant, as distinct from the *inter*-net, or world wide "web."

**IT IS ORDERED** Defendant's Motions, **ECF Nos. 28 and 29**, are **GRANTED**. Defendant is permitted to access the intra-net for work purposes only and may extend his curfew on days he is requested to work late. Defendant is

ORDER - 1

required to notify Pretrial Services in advance of working past curfew.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 27, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2